UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ANTONIO PEDRAZA

                Plaintiff,

vs.                                9:08-CV-1057 (NAM/ATB)

BRIAN FISCHER, *Commissioner, Department of Correctional Services,*

                Defendant .
_____

**APPEARANCES:**                 **OF COUNSEL:**

Antonio Pedraza
Plaintiff, *Pro Se*

Hon. Andrew M. Cuomo            David L. Cochran, Esq.
Attorney General for the State of New York    Assistant Attorney General
The Capitol
Albany, New York 12224-0341
Attorney for Defendant

**Norman A. Mordue, Chief U. S. District Judge**

## ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge Andrew T. Baxter, duly filed on the 23rd day of July 2010.  Following fourteen days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The defendant's motion for summary judgment (Dkt. No. 25) is granted and the

complaint is dismissed with prejudice in its entirety. The Clerk shall enter judgment accordingly.

    3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: August 13, 2010
       Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge